IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOLANDON V. MACK
ADC #103207                                                          PETITIONER

v.                         No. 5:16-cv-354-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Mack's petition is dismissed with prejudice.

*DPM Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

26 April 2017