# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DOLANDON V. MACK
ADC #103207                                                              PETITIONER

v.                              No. 5:16-cv-354-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                  RESPONDENT

## ORDER

Motion to reconsider, № 12, denied. The Court stands by its 26 April 2017 Order and Judgment. Mack's petition was about good-time credit, not ineffective assistance of counsel. He did not develop the ineffectiveness point sufficiently before the Judgment to alert the Court to any such claim—frustration with counsel is not the same as constitutionally ineffective assistance. And Mack has not provided a sufficient Rule 60(b) basis for unwinding the Judgment to amend his petition at this point. *Cf. Williams v. Delo*, 82 F.3d 781, 784 (8th Cir. 1996).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017